UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

TATO GULIASHVILI                              CIVIL ACTION NO. 26-CV-1207

VERSUS                                        DISTRICT JUDGE EDWARDS

BRIAN ACUNA, ET AL                            MAGISTRATE JUDGE WHITEHURST

---

## ORDER

Before the Court is the Motion for Extension of Deadline to Respond filed by Federal Respondents.

After considering the Motion, the record, and the applicable law, the Court finds that the Motion should be GRANTED.

**IT IS HEREBY ORDERED** that the motion is GRANTED; and

**IT IS FURTHER ORDERED** that Respondents shall file their response to the Petition for Writ of Habeas Corpus on or before June 10, 2026.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, this 19th day of May, 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE