**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

TATO GULIASHVILI                    CASE NO.  3:26-CV-01207 SEC P

VERSUS                              JUDGE EDWARDS

BRIAN ACUNA ET AL                   MAG. JUDGE WHITEHURST

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petition for Writ of Habeas Corpus filed by Tato Guliashvili is **DENIED and DISMISSED WITH PREJUDICE**.

ALEXANDRIA, LOUISIANA, this 17th day of July, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE